# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-3367

_____

Jimmy Lee Brown

*Plaintiff - Appellant*

v.

Gregory Harper, individually and in his official capacity as a Hope, Arkansas police officer

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: May 13, 2016
Filed: May 20, 2016
[Unpublished]

_____

Before COLLOTON, GRUENDER, KELLY, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Jimmy Brown appeals the district court's[1] adverse grant of summary judgment on his claim that police officer Gregory Harper illegally seized him. Brown has also moved for this court to recuse itself.

To begin, we deny Brown's motion. *See* 28 U.S.C. § 455 (providing standard for disqualification of judges). Additionally, after careful de novo review, we conclude that summary judgment was properly granted. *See Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review); *United States v. Carpenter*, 462 F.3d 981, 985 (8th Cir. 2006) (seizure does not occur simply because officer approaches individual and asks few questions, so long as reasonable person would feel free to disregard officer and go about his business). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1] The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.